IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE DE LA FUENTE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO._____ |
| | § | (DIVERSITY) |
| WAL-MART STORES TEXAS, L.L.C. | § | |

**NOTICE OF REMOVAL OF ACTION UNDER**
**28 U.S.C. § 1441(B) (DIVERSITY)**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Defendant, **Wal-Mart Stores Texas, L.L.C.,** hereby removes to this Court the state court action described below.

1. On January 8, 2019, an action was commenced in the County Court at Law No. 1 of Cameron County, Texas, entitled, *Jose De La Fuente vs. Wal-Mart Stores Texas, L.L.C.,* in Cause Number 2019-CCL-00192. A copy of the suit is *attached hereto as **Exhibit A.***

2. The first date upon which Defendant, Wal-Mart Stores Texas, L.L.C., received a copy of the said complaint was January 15, 2019, when Defendant was served with a copy of the said complaint and a citation from the said State Court. A copy of the citation issued is *attached hereto as **Exhibit B**.* In accordance with Local Rule 81, the following constitutes all of the executed process, pleadings, and orders served upon Plaintiff and Defendant in this action:

    A) Plaintiff's Original Petition;
    B) Copy of Citation issued to Defendant Wal-Mart Stores Texas, L.L.C.;
    C) Docket Sheet;
    D) Defendant's Original Answer and Affirmative Defenses to Plaintiff's Original Petition, and Requests for Disclosure;
    E) Defendant's Request for Jury Trial;
    F) Plaintiff's Motion for Telephonic Docket Control Conference;
    G) Order Setting Telephonic Docket Conference;
    H) Order Setting Hearing Docket Control Conference;
    I) Order Setting Case for Mediation;
    J) Order Agreed Docket Control Order;
    K) Rule 11 Letter/Agreement; and
    L) Plaintiff's First Amended Original Petition.

3. In addition and in accordance with the Local Rule, Defendant includes a copy of the docket sheet of the state court matter a copy of which is *attached hereto as **Exhibit C.***

4. On October 3, 2019, Plaintiff served to Defendant Plaintiff's First Amended Original Petition. *See Exhibit L.* In Plaintiff's First Amended Original Petition, Plaintiff amended his petition to state that he is now seeking monetary relief that is more than $1,000,000.00. *See Exhibit L* at para 2.

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states. As such, removal is appropriate pursuant to 28. U.S. § 1441(b).

6. Defendant is informed and believes that Plaintiff was and still is a citizen of the State of Texas and resides in, Brownsville, Cameron County, Texas.

7. Defendant, Wal-Mart Stores Texas, L.L.C., was, at the time of the filing of this action, and still is a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Arkansas, and has been served summons and complaint in this action.

8. Copies of all pleadings, process, orders and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. §1446(a).

9. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

10. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

11. Plaintiff and Defendant demanded a jury in the state court suit.

12. For the foregoing reasons, Defendant asks the Court to remove the suit to The United States District Court, Southern District of Texas, Brownsville Division.

**DATED:   October 18, 2019.**

Respectfully Submitted,

**DAW & RAY, L.L.P.**

/s/ Jaime A. Drabek
**JAIME A. DRABEK,** Attorney-in-Charge
Federal ID No. 8643
State Bar No. 06102410
**RICARDO G. BENAVIDES**
Federal ID No. 32205
State Bar No. 24031735
**ASHLEY CEDILLO**
Federal ID No. 3123218
State Bar No. 24092236
3900 N. 10th Street, Suite 950
McAllen, TX 78501
Telephone: (956) 687-3121
Facsimile:  (956) 686-3188
Email: jdrabek@dawray.com
Email: rbenavides@dawray.com
Email: acedillo@dawray.com

**ATTORNEYS FOR DEFENDANT,
WAL-MART STORES TEXAS, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by electronic mail on this the **18th day of October, 2019**, to-wit:

Michael J. Cisneros
Arturo Cisneros
**THE CISNEROS LAW FIRM, L.L.P.**
312 Lindberg
McAllen, TX 78501
Telephone: (956) 682-1883
Facsimile: (956) 682-0132
Email: email@cisneroslawfirm.com

/s/ Jaime A. Drabek
Jaime A. Drabek

| | |
|---|---|
| THE STATE OF TEXAS § | |
| § | **AFFIDAVIT** |
| COUNTY OF HIDALGO § | |

**BEFORE ME**, the undersigned authority, on this day personally appeared Ashley Cedillo of McAllen, Hidalgo County, Texas, who being by me duly sworn, deposes and says that she is an attorney for Defendant in the present cause filed by Jose De La Fuente; that she has been authorized to make this Affidavit; and that she has read the foregoing Notice of Removal and knows the contents thereof, and that the matters and facts therein contained are true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Ashley Cedillo, AFFIANT

SWORN TO AND SUBSCRIBED before me on this 18th day of October, 2019.

VIRGINIA ALVAREZ
Notary Public, State of Texas
Comm. Expires 06-02-2020
Notary ID 10818975

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS