United States District Court
Southern District of Texas
**ENTERED**
November 12, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE DE LA FUENTE | § § | |
| VS. | § § | CIVIL ACTION NO.7:19-cv-00364 |
| WAL-MART STORES TEXAS, L.L.C. | § | |

### ORDER GRANTING AGREED MOTION TO TRANSFER VENUE

On this 10th day of November, 2019, came to be considered by the Court, the parties Agreed Motion to Transfer Venue. After considering the motion, the Court hereby **GRANTS** the motion.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the parties Agreed Motion to Transfer Venue is hereby **GRANTED**. This suit will now be transferred to the Southern District of Texas, Brownsville Division.

SIGNED this 10th day of November, 2019 at McAllen, Texas

_____
UNITED STATES DISTRICT JUDGE